1
2
3
4
5
6
7

JS-6

8

**UNITED STATES DISTRICT COURT**

9

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10

11 | ANGELA MENDOZA, Individually and as heir and Successor in Interest to
12 | NELLE GOMEZ, Deceased
Plaintiff,
13
14 | vs.
15 | ROWLAND CONVALESCENT HOSPITAL, INC, dba THE ROWLAND
16 | f/k/a ROWLAND CONVALESCENT HOSPITAL; DOES 1-50; and DOES 51-
17 | 60;
18 | Defendants.
19

Case No. 2:21-cv-07628-AB-AGR

*[Removed from L.A.S.C. Case No. 21STCV30713]*

~~PROPOSED~~ **ORDER ON PLAINTIFF'S AND DEFENDANT'S STIPULATION TO REMAND TO STATE COURT**

Action Filed:   August 19, 2021

Assigned To:  Hon. André Birotte, Jr. Courtroom 7B

20
21
22
23
24
25
26
27
28

    Upon consideration of Plaintiff's and Defendant's Joint Stipulation to Remand to Los Angeles County Superior Court, the Stipulation is GRANTED. This case is hereby remanded to Los Angeles County Superior Court and all parties shall bear their own costs. **IT IS SO ORDERED.**

Dated: November 1, 2022

_____

Hon. André Birotte Jr.